**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

RODRIGO GONCALVES,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.:  20-21674 RG

**NOTICE OF RESERVE ON CLAIM**

Creditor:         QUICKEN LOANS INC
Trustee Claim #:  15
Court Claim #:    6
Claimed Amount:   $5,865.84
Date Claim Filed: 12/23/2020

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim filed with no recorded mortgage attached.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  December 28, 2020

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

RODRIGO GONCALVES
10 BUSSELL COURT
DUMONT, NJ    07628

RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ    07601

QUICKEN LOANS INC
635 WOODWARD AVE
DETROIT, MI    48226

KML LAW GROUP PC
701 MARKET ST #5000
PHILADELPHIA, PA    19106