RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  RODRIGO GONCALVES  
     10 BUSSELL COURT  
     DUMONT, NJ  07628

Atty:  RUSSELL L LOW ESQ  
      LOW & LOW ESQS  
      505 MAIN STREET, SUITE 304  
      HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021**
Chapter 13 Case # 20-21674

## RECEIPTS AS OF 01/15/2021 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/18/2020 | $150.00 | | 12/11/2020 | $150.00 | |
| 01/11/2021 | $150.00 | | | | |

**Total Receipts: $450.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $450.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021 (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 33.75 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 9,125.45 | 0.00% | 0.00 | 0.00 |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CAVALRY SPV I LLC | UNSECURED | 6,776.29 | 0.00% | 0.00 | 0.00 |
| 0007 | CHASE AUTO FINANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | CHASE CARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | HACKENSACKUMC AT PASCACK VALLEY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 10,054.47 | 0.00% | 0.00 | 0.00 |
| 0013 | NISSAN MOTOR ACCEPTANCE CORP/INF| UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | QUICKEN LOANS INC | MORTGAGE ARR | 5,865.84 | 100.00% | 0.00 | 0.00 |
| 0017 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | TD AUTO FINANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | TD BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | BUREAUS INVESTMENT GRP PORTFOLIO | UNSECURED | 10,495.94 | 0.00% | 0.00 | 0.00 |
| 0023 | TIMEPAYMENT CORP, LLC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | USB LEASING LT | VEHICLE SECURE | 515.81 | 100.00% | 0.00 | 0.00 |

**Total Paid: $33.75**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $450.00   -   Paid to Claims: $0.00   -   Admin Costs Paid: $33.75   =   Funds on Hand: $416.25

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.