RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re: RODRIGO GONCALVES  
10 BUSSELL COURT  
DUMONT,  NJ  07628

Atty: RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 20-21674

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,795.36**

## RECEIPTS AS OF 01/14/2022          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/18/2020 | $150.00 |  | 12/11/2020 | $150.00 |  |
| 01/11/2021 | $150.00 |  | 02/16/2021 | $150.00 |  |
| 03/12/2021 | $254.44 |  | 04/14/2021 | $254.43 |  |
| 05/14/2021 | $254.00 |  | 06/10/2021 | $254.44 |  |
| 07/13/2021 | $254.44 |  | 08/19/2021 | $244.00 |  |
| 09/14/2021 | $264.44 |  | 10/15/2021 | $254.44 |  |
| 11/16/2021 | $254.44 |  | 12/13/2021 | $254.44 |  |
| 01/10/2022 | $254.00 |  |  |  |  |

**Total Receipts: $3,397.51  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $3,397.51**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022          (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 210.31 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,750.00 | 100.00% | 2,945.90 | 1,804.10 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 9,125.45 | * | 0.00 |  |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 |  |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 |  |
| 0006 | CAVALRY SPV I LLC | UNSECURED | 6,776.29 | * | 0.00 |  |
| 0007 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 |  |
| 0008 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 |  |
| 0010 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 0.00 | * | 0.00 |  |
| 0011 | HACKENSACKUMC AT PASCACK VALLEY | UNSECURED | 0.00 | * | 0.00 |  |

**Chapter 13 Case # 20-21674**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0012 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 10,054.47 | * | 0.00 | |
| 0013 | NISSAN MOTOR ACCEPTANCE CORP/INFI | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUICKEN LOANS INC | MORTGAGE ARRE | 5,865.84 | 100.00% | 0.00 | |
| 0017 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | TD AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | TD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | BUREAUS INVESTMENT GRP PORTFOLIO | UNSECURED | 10,495.94 | * | 0.00 | |
| 0023 | TIMEPAYMENT CORP, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | USB LEASING LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid:  $3,156.21**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $3,397.51       -     Paid to Claims: $0.00       -     Admin Costs Paid: $3,156.21     =     Funds on Hand: $241.30

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.