| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re: Rodrigo Goncalves | Case No.: | 20-21674 |
| | Adversary No.: | |
| | Chapter: | 13 |
| | Judge: | Rosemary Gambardella |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC (creditor)
(Example: John Smith, creditor)

Old address:
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
(Notices) PO Box 41021, Norfolk, VA 23541
(Payments) PO Box 41031, Norfolk, VA 23541

New address:
BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC
(Notices) PO Box 788  Kirkland, WA 98083-0788
(Payments)  PO Box 2489  Kirkland, WA 98083-2489

New phone no.: 425-242-7100 (creditor)
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 8/30/2023

/s/ Fran Rosello
Signature    Authorized Agent for Creditor

*rev.8/1/2021*