RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:   RODRIGO GONCALVES
      10 BUSSELL COURT
      DUMONT,  NJ  07628

Atty:  RUSSELL L LOW ESQ
       LOW & LOW ESQS
       505 MAIN STREET, SUITE 304
       HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 20-21674

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $11,795.36**

## RECEIPTS AS OF 01/01/2024          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/18/2020 | $150.00 | | 12/11/2020 | $150.00 | |
| 01/11/2021 | $150.00 | | 02/16/2021 | $150.00 | |
| 03/12/2021 | $254.44 | | 04/14/2021 | $254.43 | |
| 05/14/2021 | $254.00 | | 06/10/2021 | $254.44 | |
| 07/13/2021 | $254.44 | | 08/19/2021 | $244.00 | |
| 09/14/2021 | $264.44 | | 10/15/2021 | $254.44 | |
| 11/16/2021 | $254.44 | | 12/13/2021 | $254.44 | |
| 01/10/2022 | $254.00 | | 02/17/2022 | $254.00 | |
| 03/18/2022 | $256.00 | | 04/11/2022 | $260.00 | |
| 05/13/2022 | $300.00 | | 06/13/2022 | $300.00 | |
| 07/20/2022 | $300.00 | | 08/18/2022 | $300.00 | |
| 10/11/2022 | $300.00 | | 11/17/2022 | $300.00 | |
| 12/12/2022 | $300.00 | | 01/10/2023 | $300.00 | |
| 02/13/2023 | $255.00 | | 03/20/2023 | $250.00 | |
| 04/17/2023 | $250.00 | | 05/11/2023 | $250.00 | |
| 06/13/2023 | $250.00 | | 07/20/2023 | $250.00 | |
| 08/18/2023 | $250.00 | | 09/14/2023 | $250.00 | |
| 10/19/2023 | $255.00 | | 11/13/2023 | $260.00 | |
| 12/26/2023 | $260.00 | | | | |

**Total Receipts: $9,347.51  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $9,347.51**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| QUICKEN LOANS INC | | | | | | |
| | 08/15/2022 | $44.94 | 896,465 | 09/19/2022 | $289.50 | 898,089 |
| | 10/17/2022 | $283.50 | 899,734 | 12/12/2022 | $283.50 | 902,843 |
| | 01/09/2023 | $283.50 | 904,343 | 02/13/2023 | $283.50 | 905,886 |

**Chapter 13 Case # 20-21674**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 03/13/2023 | $240.98 | 907,486 | | 04/17/2023 | $236.25 | 909,100 |
| | 05/15/2023 | $470.00 | 910,661 | | 07/17/2023 | $233.75 | 913,667 |
| | 08/14/2023 | $233.75 | 915,169 | | 09/18/2023 | $467.50 | 916,682 |
| | 11/13/2023 | $234.60 | 919,582 | | 12/11/2023 | $239.20 | 920,979 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 533.84 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,750.00 | 100.00% | 4,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 9,125.45 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAVALRY SPV I LLC | UNSECURED | 6,776.29 | * | 0.00 | |
| 0007 | CHASE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | FIRST NATIONAL BANK OF OMAHA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | HACKENSACKUMC AT PASCACK VALLEY | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 10,054.47 | * | 0.00 | |
| 0013 | NISSAN MOTOR ACCEPTANCE CORP/INF | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUICKEN LOANS INC | MORTGAGE ARRE | 5,865.84 | 100.00% | 4,063.67 | |
| 0017 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | SYNCHRONY BANK/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | TD AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | TD BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 10,495.94 | * | 0.00 | |
| 0023 | TIMEPAYMENT CORP, LLC. | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | USB LEASING LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Total Paid: $9,347.51**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $9,347.51    -    Paid to Claims: $4,063.67    -    Admin Costs Paid: $5,283.84    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.