| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Rodrigo Goncalves | Social Security number or ITIN  xxx–xx–4148 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–21674–RG | |

# Order of Discharge                                                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Rodrigo Goncalves

<u>3/20/25</u>                                                                    **By the court:** <u>Rosemary Gambardella</u>
                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                                         **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-21674-RG
Rodrigo Goncalves  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Mar 20, 2025  Form ID: 3180W  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodrigo Goncalves, 10 Bussell Court, Dumont, NJ 07628-1803 |
| 518989555 | + | Alpha Recovery Corp, 5660 Greenwood Plaza Boulevard, Suite 101, Englewood, CO 80111-2416 |
| 518989563 | | CMRE Financial Service Services, Inc., 3075 E. Imperial Hwy #200, Brea, CA 92821-6753 |
| 518989565 | + | HackensackUMC at Pascack Valley, PO Box 416899, Boston, MA 02241-6899 |
| 518989570 | + | QUICKEN LOANS, ATTN: BANKRUPTCY, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 519054987 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518989579 | + | US BANK NA RETAIL LE, ATTN: BANKRUPTCY, PO BOX 3447, OSHKOSH, WI 54903-3447 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 20 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 20 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518989556 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 21:04:20 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 519013921 | | Email/PDF: bncnotices@becket-lee.com | Mar 20 2025 21:04:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518989557 | ^ | MEBN | Mar 20 2025 20:41:37 | Apothaker Scian, PC, 520 Fellowship Rd Ste C306 PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 518989558 | + | EDI: BANKAMER | Mar 21 2025 00:29:00 | BANK OF AMERICA, 4909 SAVARESE CIRCLE, FL1-908-01-50, TAMPA, FL 33634-2413 |
| 519039043 | | EDI: Q3GTBI | Mar 21 2025 00:29:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518989559 | + | EDI: CAPITALONE.COM | Mar 21 2025 00:29:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518989560 | + | Email/Text: bankruptcy@cavps.com | Mar 20 2025 20:46:00 | CAVALRY PORTFOLIO SERVICES, 500 SUMMIT LAKE DRIVE, VALHALLA, NY 10595-2321 |
| 518989561 | + | EDI: JPMORGANCHASE | Mar 21 2025 00:29:00 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 901076, FORT WORTH, TX 76101-2076 |
| 518989562 | + | EDI: JPMORGANCHASE | Mar 21 2025 00:29:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850-5298 |
| 519030737 | + | Email/Text: bankruptcy@cavps.com | | |

Case 20-21674-RG   Doc 69   Filed 03/22/25   Entered 03/23/25 00:16:58   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 20 2025 20:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518989564 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 20 2025 20:44:00 | FIRST NATIONAL BANK OF OMAHA, ATTN: BANKRUPTCY, PO BOX 3128, OMAHA, NE 68103 |
| 518989566 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2025 20:45:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE STE 100, SAN DIEGO, CA 92108-3007 |
| 519001084 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 20 2025 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518989567 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 20 2025 20:44:00 | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518989569 | | Email/Text: signed.order@pfwattorneys.com | Mar 20 2025 20:43:00 | Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 518989571 | + | Email/Text: ngisupport@radiusgs.com | Mar 20 2025 20:44:00 | Radius Global Solutions LLC, PO Box 357, Ramsey, NJ 07446-0357 |
| 518989572 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 20 2025 20:45:00 | SANTANDER CONSUMER USA, ATTN: BANKRUPTCY, 10-64-38-FD7 601 PENN ST, READING, PA 19601-3544 |
| 518989574 | + | EDI: SYNC | Mar 21 2025 00:29:00 | SYNCHRONY BANK/CARE CREDIT, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 518989573 | + | Email/Text: compliance@sentrycredit.com | Mar 20 2025 20:46:00 | Sentry Credit Inc., PO Box 12070, Everett, WA 98206-2070 |
| 518989575 | + | EDI: LCITDAUTO | Mar 21 2025 00:29:00 | TD AUTO FINANCE, PO BOX 9223, FARMINGTON, MI 48333-9223 |
| 518989576 | | EDI: TDBANKNORTH.COM | Mar 21 2025 00:29:00 | TD BANK, ATTN: BANKRUPTCY, 1701 RT 70 E, CHERRY HILL, NJ 08034 |
| 518989577 | + | EDI: Q3GTBI | Mar 21 2025 00:29:00 | THE BUREAUS INC, ATTN: BANKRUPTCY, 650 DUNDEE RD, STE 370, NORTHBROOK, IL 60062-2757 |
| 518989578 | + | Email/Text: BCN@timepayment.com | Mar 20 2025 20:45:00 | TIMEPAYMENT CORP, LLC., ATTN: BANKRUPTCY, 1600 DISTRICT AVE, STE 200, BURLINGTON, MA 01803-5076 |
| 519028624 | | EDI: USBANKARS.COM | Mar 21 2025 00:29:00 | USB Leasing LT, c/o U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518989568 | *+ | NISSAN MOTOR ACCEPTANCE CORP/INFINITI, ATTN: BANKRUPTCY, PO BOX 660360, DALLAS, TX 75266-0360 |
| 518989580 | *+ | US BANK NA RETAIL LE, ATTN: BANKRUPTCY, PO BOX 3447, OSHKOSH, WI 54903-3447 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 20, 2025 | Form ID: 3180W | Total Noticed: 33 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025           Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:**

**Name**               **Email Address**

Denise E. Carlon
on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Russell L. Low
on behalf of Debtor Rodrigo Goncalves ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5